For the error pointed out, the judgment is reversed and the cause remanded.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

### SILVA et al. v. STATE. (No. 11043.)

Court of Criminal Appeals of Texas. Nov. 16, 1927.

Criminal law ⚖⇒1086(13)—Without showing in transcript of sentence or judgment of conviction, appellate court must dismiss appeal for want of jurisdiction.

Where transcript on appeal fails to show either a sentence or judgment of conviction, appellate court is without jurisdiction and will dismiss appeal.

Commissioners' Decision.

Appeal from District Court, Hidalgo County; Hood Boone, Judge.

Canuto Silva and another appeal. Dismissed.

Lee Minner, of McAllen, for appellants.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. The transcript in this case fails to show either a sentence or judgment of conviction. Under these circumstances, this court is without jurisdiction, and this case is therefore dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.